HICKOX v. THE B., C. R. & N. R. Co. ET AL.

1. **Jurisdiction:** WRIT OF ERROR TO JUSTICE: CIRCUIT AND SUPERIOR COURTS. The Circuit Court and a Superior Court in a city have concurrent jurisdiction of writs of error to justices of the peace within the townships in which the city is situated. Following *Hickox v. Nutting, ante,* 403.

*Appeal from Linn Circuit Court.*

SATURDAY, DECEMBER 18.

WRIT of error to a justice of the peace of the city of Cedar Rapids. A motion to dismiss the writ on the ground that the court has no jurisdiction, the Superior Court of the city

of Cedar Rapids having exclusive jurisdiction of the case, was sustained. Plaintiff appeals.

*George W. Wilson,* for appellant

*Rickel, West & Eastman,* for appellee.

Beck, J.—The amount in controversy is less than one hundred dollars, and it is brought here upon the certificate of the judge, which states that the only question for our determination involves the correctness of the ruling of the court below upon the motion to dismiss the writ of error.

We have held in the case of *Hickox v. Nutting, ante,* 403, that the Circuit and Superior Court have concurrent jurisdiction in appeals from justices of the peace of the city of their residence. Jurisdiction in writs of error is conferred by the same statute which is applicable to appeals. The Superior and Circuit Courts have, therefore, concurrent jurisdiction in writs of error to justices of the peace of the city.

Other questions discussed by counsel were not certified to us by the judge of the Circuit Court; we cannot, therefore, consider them.

Following the decision in *Hickox v. Nutting,* we hold that the judgment of the Circuit Court must be

REVERSED.